# U.S. DISTRICT COURT

# EASTERN DISTRICT OF TEXAS [LIVE] (MARSHALL)

# CIVIL DOCKET FOR CASE #

## BENNIE EDWARD PIERCE JR

## VS.

## THE STATE OF LOUISIANA

2:19CV358
JRG/RSP

### Plaintiff's Original Petition

To The Honorable Judge of Said Court:

Now comes Bennie Edward Pierce Jr., Plaintiff, to file His original petition complaining of Defendant, THE STATE OF LOUISIANA, and for cause of action would show the court as follows:

### I DISCOVERY CONTROL PLAN

1.01 Discovery is intended to be conducted under Level 2 of The Federal Rules of Civil Procedure.

### II PARTIES

2.01 Plaintiff is a resident of Texas.

2.02 Process should be served on Defendant, THE STATE OF LOUISIANA.

### III JURISDICTION AND VENUE

3.01 The Court has Jurisdiction over the Defendant.

### IV STATEMENT OF FACTS

4.01 On October 17th, 2018, the Plaintiff arrived at the VA hospital in Shreveport Louisiana. The Plaintiff was processed to proceed to housing facility where He

was denied benefits because the Plaintiff did not serve for two complete years during wartime in the first Gulf War.

## V RIGHTS VIOLATED

5.01 Benefits for the Plaintiff were refused because of declassification as a veteran – Title 38 CFR

## VI DAMAGES

6.01 The Plaintiff had to walk to New Iberia to find family.  Then the Plaintiff, being homeless continue walking through southern Louisiana seeking and searching for family members.  After failing to contact or find any family, the Plaintiff was injured and taken to Christus Hospital in Lake Charles where He was abused and released without treatment.  Upon leaving the hospital the Plaintiff found help, got a bus ticket back to Marshall Texas, then moved on as a homeless individual seeking shelter and provisions.

## VII ADDITIONAL DAMAGES

## VIII PRAYER

8.01 The Plaintiff asks that the Defendant be cited according to the Law to appear and answer this lawsuit, and after final trial, the Plaintiff seeks the following relief:

   1. Judgement for all of Plaintiff's damages in excess of the Jurisdictional limits of this court, including but not limited to actual, potential, economic, mental anguish, and additional damages.

   2. Judgement for pre-judgement and post-judgement interest in the highest amount allowed by law.

   3. Such other and further relief to which the Plaintiff may be entitled.

Mr. Bennie Edward Pierce Jr.   850 Texas Drive, Avinger Texas, 75630   email address – benniepiercejr@gmail.com  -  Plaintiff

*Mr. Bennie Edward Pierce Jr* (signature)