IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENNIE EDWARD PIERCE, JR., | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:19-cv-00358-JRG-RSP |
| STATE OF LOUISIANA, | § |
| *Defendant*. | § |

### ORDER

Plaintiff Bennie Edward Pierce, Jr. previously filed a complaint in *forma pauperis* against the State of Louisiana in the above-referenced matter. Magistrate Judge Payne entered a Report and Recommendation recommending dismissal of the Complaint as frivolous, for failing to state a claim, and for failure to prosecute. (Dkt. No. 3). Having considered the Report and Recommendation, and noting Plaintiff's lack of objection thereto, the Court founds that the Report and Recommendation should be and hereby is **ADOPTED**. A final judgment will issue separately.

**So Ordered this**

**Jan 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE