IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENNIE EDWARD PIERCE, JR., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>STATE OF LOUISIANA, §<br>§<br>*Defendant*. §<br>§ | Case No. 2:19-cv-00358-JRG-RSP |

## FINAL JUDGMENT

Pursuant to the Order (Dkt. No. 4) adopting the Report and Recommendation (Dkt. No. 3), the Court hereby enters a Final Judgment between Plaintiff Bennie Edward Pierce, Jr., and Defendant State of Louisiana. Accordingly,

**IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and

**IT IS FURTHER ORDERED** that in accordance with *Campbell v. Wilkinson*, the statute of limitations in this case is suspended for a period of sixty (60) days from this Final Judgment. 988 F.3d 798, 801 n.1 (5th Cir. 2021).

**So ORDERED and SIGNED this 6th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE